# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONALD SMITH,<br><br>Defendant. | No. CR 06-4111-MWB<br><br>**MEMORANDUM OPINION AND ORDER REGARDING DEFENDANT'S MOTIONS IN LIMINE** |

_____

This matter comes before the court pursuant to the defendant's January 7, 2008, Motion To Adopt Prior Motions In Limine (docket no. 87) in which the defendant adopts the motions in limine filed by prior counsel on March 5, 2007 (docket no. 24) and July 31, 2007 (docket no. 57). The prosecution filed a Response To Defendant's Motion In Limine (docket no. 93) on January 18, 2008. All of the defendant's motions seek to exclude from the prosecution's case-in-chief evidence of his criminal history other than the predicate offenses for the felon-in-possession charges pursuant to 18 U.S.C. §§ 922(g)(1) and 924(a)(2) with which he is currently charged, although the defendant acknowledges that such evidence may be admissible pursuant to Rule 609 of the Federal Rules of Evidence if he testifies. The prosecution agrees, as does the court.

THEREFORE, the defendant's January 7, 2008, Motion To Adopt Prior Motions In Limine (docket no. 87), in which the defendant adopts the motions in limine filed by prior counsel on March 5, 2007 (docket no. 24) and July 31, 2007 (docket no. 57), is **granted**. Evidence of the defendant's criminal history, other than the predicate offenses for the felon-in-possession charges with which the defendant is currently charged shall not

be referred to or otherwise offered or admitted into evidence, except for impeachment purposes pursuant to Rule 609 of the Federal Rules of Evidence if the defendant testifies.

**IT IS SO ORDERED.**

**DATED** this 18th day of January, 2008.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA