IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR06-4111-MWB |
| ) | JUDGMENT OF ACQUITTAL |
| DONALD SMITH a/k/a Baby D, ) | |
| ) | |
| Defendant. ) | |

This action came to trial before the Honorable Mark W. Bennett and the issues having been duly tried the jury has rendered its verdict of not guilty to Counts 1 and 2 of the Superseding Indictment, it is therefore

**ORDERED AND ADJUDGED**

Defendant, Donald Smith a/k/a Baby D, is acquitted as to Counts 1 and 2 of the Superseding Indictment.

Dated this 31ST day of January 2008

_____
MARK W. BENNETT, DISTRICT JUDGE
UNITED STATES DISTRICT COURT